**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,
RESPONDANT

     v.

KARL ELLIOTT,

     Petitioner

: No. 49 EAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,
RESPONDANT

     v.

KARL ELLIOTT,

     Petitioner

: No. 50 EAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,
RESPONDANT

     v.

KARL ELLIOTT,

     Petitioner

: No. 51 EAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.